

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

---

*Shawn P. Barnes*　　　　　　　　　　　　*970 Broad Street, 7th floor*　　　　　　*973-645-2700*
*Assistant United States Attorney*　　　　　*Newark, New Jersey 07102*

January 11, 2023

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building and
　United States Courthouse
4th & Cooper Streets
Camden, New Jersey 08608

　　　　　Re:　U.S. v. James Patten & Peter Coker, Sr.
　　　　　　　Crim. No. 22-643 (CPO)

Dear Judge O'Hearn:

　　Please accept this letter apprising the Court of the status of the above-captioned matter. Briefly, the parties appeared before Your Honor for an arraignment on October 11, 2022, at which time the Court entered a scheduling order. Pursuant to the scheduling order, discovery is to be substantially complete by January 27, 2023. As of this writing, the Government believes that we are on track to meet the January 27, 2023 deadline. Moreover, the parties have been in frequent communication and have resolved any issues that have arisen.

　　Given the current status of the case, the parties respectfully submit this joint-request that the January 17, 2023 conference be converted to a telephonic or video appearance.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PHILIP R. SELLINGER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　By:　SHAWN P. BARNES
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

cc:　Marc Agnifilo, Esq. & Zach Intrater, Esq.
　　　Ira Lee Sorkin, Esq. & Adam Brody, Esq.