UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        v.                                      CRIMINAL NO. 1:22-cr-00643-CPO

JAMES PATTEN,
PETER COKER, SR.,
AND PETER COKER, JR.

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for     Peter Coker, Jr.
                                                                                      Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

| Courts | Years of Admission |
|---|---|
| New York | 1994 |
| U.S. District Court for the Eastern District of New York | 2016 |
| U.S. District Court for the Southern District of New York | 1998 |
| U.S. Tax Court | 2019 |

Date: March 10, 2023                                                         /s/   William F. McGovern
                                                                                          Signature of Attorney

                                                                                    William F. McGovern
                                                                                           Print Name

                                                                  3 Columbus Circle, 15th Floor
                                                                                               Address

New York, New York 10019
City, State, Zip Code

646-216-8295
Phone Number
