UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John A. Azzarello, Esq. (JA 4363)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Telephone: 973-267-7300
Attorneys for Defendant Peter Coker, Jr.

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Hon. Christine P. O'Hearn** |
| | : | **Crim. No. 22-00643** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| **JAMES PATTEN,** | : | |
| **PETER COKER, SR.,** | : | |
| **PETER COKER, JR.,** | : | |
| | : | |
| Defendant. | : | Document Filed Electronically |

**TO:** The Clerk of Court and all Parties of Record

**PLEASE TAKE NOTICE** that the undersigned counsel is admitted or otherwise authorized to practice in this Court, and I hereby enter my appearance in this case as counsel for Defendant **PETER COKER, JR.**

                                        **WHIPPLE AZZARELLO, LLC**
                                        *Attorneys for Defendant Peter Coker, Jr.*


                                        By: s/John A. Azzarello.
                                              John A. Azzarello, Esq.

Dated: March 14, 2023