# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Christine P. O'Hearn, U.S.D.J. |
| v. | : Criminal No. 22-643 (CPO) |
| PETER COKER, JR. | : **SCHEDULING ORDER AND** <br> : **FIRST ORDER FOR A** <br> : **CONTINUANCE** |

This matter having previously come before the Court for arraignment; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Shawn P. Barnes and Lauren E. Repole, Assistant United States Attorneys, appearing); and Peter Coker, Jr. (by John Azzarello, Esq. and William McGovern, Esq., appearing); and the parties having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 22nd day of March, 2023, ORDERED that:

1. The Government shall begin to provide any oral, written, or recorded statement of the Defendant on a rolling basis on or before **April 14, 2023**.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **April 14, 2023**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The parties shall begin to produce discovery required by Federal Rule of Criminal Procedure 16(a)(1) and 16(b)(1) on a rolling basis on or before **April 14, 2023**. Discovery shall be substantially completed by **May 30, 2023**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **May 9, 2023.**

5. A ~~telephonic~~ Zoom status conference shall be held on ___May 18, 2023___ at __3:00pm__ a.m./p.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

6. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. This action be, and hereby is, continued until May 30, 2023. The period from the date of this order through May 30, 2023, be and it

hereby is, excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq.

_____
HONORABLE CHRISTINE P. O'HEARN
UNITED STATES DISTRICT JUDGE

Form and entry consented to:

_____
Shawn P. Barnes
Lauren E. Repole
Assistant U.S. Attorneys

_____
John Azzarello, Esq.
William McGovern, Esq.
Counsel for Peter Coker, Jr.