# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>PETER COKER, JR.<br>*Defendant* | MAGISTRATE JUDGE: **WALDOR**<br><br>CASE NO. **22-cr-00643-CPO-3**<br><br>DATE OF PROCEEDINGS: **3/29/23**<br><br>DATE OF ARREST: **3/15/23** |

**PROCEEDINGS:** Bail Application

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: [ ] AFPD   [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Bail Application made

- [x] TEMPORARY COMMITMENT (See below)
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: See Below
    - [ ] UNSECURED BOND
    - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: SHAWN PHILLIP BARNES

DEFT. COUNSEL: JOHN A. AZZARELLO

PROBATION:

INTERPRETER
Language:

TIME COMMENCED: 11:30 AM
TIME TERMINATED: 12:50 pm
CD NO: ECR

- Bail was granted but stayed pending possible appeal. Additionally, bail conditions need to be investigated to determine if release can be finalized.
- Deft remanded/detained until stay and investigation are complete and the Court notified

TIM GORMAN
DEPUTY CLERK