UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 22-643 (CPO) |
| v. | : | Hon. Christine P. O'Hearn, U.S.D.J. |
| PETER COKER, JR. | : | |

**GOVERNMENT'S MOTION FOR A STAY OF RELEASE ORDER**

The United States of America, by Philip R. Sellinger, United States Attorney for the District of New Jersey, by Shawn P. Barnes and Lauren E. Repole, Assistant United States Attorneys, respectfully moves this Court for an Order further staying the Court's March 29, 2023 Order granting pre-trial release to defendant Peter Coker, Jr., pursuant to 18 U.S.C. § 3142(c), pending the Government's motion for revocation of that Order to the United States District Court, pursuant to 18 U.S.C. § 3145(a)(1).

As grounds for this motion, the Government states:

1. On March 29, 2023, the Defendant appeared before the Honorable Cathy L. Waldor, United States Magistrate Judge, at which time the Court granted the defendant's request for release pursuant to Title 18, United States Code, Section 3142(c), pending a trial in this matter, but ordered the defendant detained until all conditions specified by the Court were met. At that time, the Court granted the Government's initial application for a stay of the Release Order and stayed the Court's decision through Monday, April 3, 2023. The Government opposed defendant's request for pre-trial release.

2.    Pursuant to 18 U.S.C. § 3145(a)(1), the Government intends to file with the United States District Court a motion to revoke the Court's March 29, 2023 Order releasing the defendant and will seek an Order detaining the defendant.

WHEREFORE, the United States of America respectfully requests that this Court enter the attached Order staying the March 29, 2023 Release Order pending a determination of the Government's motion for revocation.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

By:    *s/ Shawn P. Barnes*
       SHAWN P. BARNES
       LAUREN E. REPOLE
       Assistant U.S. Attorneys