UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 22-643 (CPO) |
| v. | : | Hon. Christine P. O'Hearn, U.S.D.J. |
| PETER COKER, JR. | : | <u>ORDER</u> |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Shawn P. Barnes and Lauren E. Repole, Assistant United States Attorneys, appearing), for an Order further staying the Court's March 29, 2023 Order granting the release of defendant Peter Coker, Jr., pursuant to Title 18, United States Code, Section 3142(c), pending the Government's motion for revocation of that Order pursuant to Title 18, United States Code, Section 3145(a)(1); and having considered the Government's motion, and for good cause shown,

IT IS, on this _____ day of April, 2023,

ORDERED, that the Court's Order, dated March 29, 2023, releasing the defendant pursuant to Title 18, United States Code, Section 3142(c), is hereby STAYED pending a decision on the Government's motion for revocation of that order; and it is further

ORDERED, the defendant shall be DETAINED until a determination by the District Court of the Government's motion for revocation.

_____
HON. CHRISTINE P. O'HEARN
United States District Judge