UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER COKER, JR. | HON. CHRISTINE P. O'HEARN, U.S.D.J.<br><br>Crim. No. 22-643 (CPO)<br><br>**CONSENT STAY ORDER AND SCHEDULING ORDER** |

Upon the application of the United States of America, and upon consent of the defendant, the Court finds and orders as follows:

1. The Government's application for a Stay of the March 29, 2023 Order of Release (Docket Entry 46) is hereby GRANTED, and it is hereby ORDERED that the March 29, 2023 Order of Release (Docket Entries 43-44) is STAYED pending resolution of the Government's Motion Appealing the same (Docket Entry 47);

2. It is hereby ORDERED that the Defendant's response to the Government's Motion is due on Tuesday, April 11, 2023, with any response from the Government due on Thursday, April 13, 2023; and

3. It is further ORDERED that the Court will hold an **in-person** hearing on the Government's application on April 17th, 2023 at 11:00 a.m./~~p.m.~~

_____
HON. CHRISTINE P. O'HEARN
United States District Judge

Consented to as to form and entry:

_____
Shawn P. Barnes
Lauren E. Repole
Assistant U.S. Attorneys

_____
William McGovern, Esq.
John Azzarello, Esq.
Counsel for Peter Coker, Jr.

Dated: April 4, 2023