UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS:** 4/17/2023

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Camille Pedano
**OTHER:** Nicholas Zotti, Pretrial Services Officer

**Docket #** CR 22-643-3 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

       vs.

PETER COKER, JR.

**APPEARANCES:**
Shawn P. Barnes, AUSA for Government
John A. Azzarello, Esquire for Defendant (Defendant Present)
William F. McGovern, Esquire for Defendant

**NATURE OF PROCEEDINGS**: MOTION HEARING

Oral Argument held on Motion for Appeal of Magistrate's Decision to the District Court for Revocation of Order of Release, ECF No. 47.

**DISPOSITION:** MOTION GRANTED.

Ordered bail revoked.
Ordered Defendant detained with out bail pending further proceedings.
Ordered Defendant is remanded to the custody of the U.S. Marshals.

Time Commenced:   12:10 p.m.
Time Adjourned:   1:02 p.m.
**Total Time:**   **52 Minutes**

    *s/ Haley Minix*
    DEPUTY CLERK