UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 22-643 (CPO) |
| | : | |
| PETER COKER, JR. | : | <u>ORDER</u> |

This matter having been opened to the Court on the application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Shawn P. Barnes and Lauren E. Repole, Assistant United States Attorneys, appearing), and John A. Azzarello, Esq. and William McGovern, Esq., appearing on behalf of the defendant, Peter Coker, Jr., for an Order pursuant to Title 18, United States Code, Section 3145(a) to: 1) revoke the United States Magistrate Judge's March 30, 2023 Order Setting Conditions of Release; and 2) order the defendant detained in the above-entitled matter, and;

Having considered the submissions from the parties and the arguments of counsel, and for the reasons stated on the record on April 17, 2023, it is the Court's finding that: 1) the defendant poses a serious risk of flight; and 2) there are no conditions, or combination thereof, that can reasonably assure the defendant's appearance at future proceedings;

IT IS, therefore, on this __18th__ day of April, 2023,

ORDERED, pursuant to Title 18, United States Code, Section 3145(a), that the United States Magistrate Judge's Order granting the defendant bail is hereby REVOKED; and it is further

ORDERED that the motion of the United States for an Order detaining defendant without bail pending further proceedings is GRANTED.

_____
HON. CHRISTINE P. O'HEARN
United States District Judge