# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

May 15, 2023

**VIA ECF**

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building and
United States Courthouse 4th & Cooper Streets
Camden, New Jersey 0860

    Re: <u>U.S. v. James Patten, Peter Coker, Sr., & Peter Coker, Jr.</u>, Crim. No. 22-643 (CPO)

Dear Judge O'Hearn:

    Please accept this letter apprising the Court of the status of the above-captioned matter. Briefly, the parties appeared before Your Honor for a status conference on April 5, 2023. Since that conference, the parties have continued to meet and confer, including counsel for Peter Coker, Jr., who have appeared in the matter and have participated in the parties' discussions. The defendants continue to work through the discovery provided by the Government, which is substantial in volume.

    The parties remain in frequent communication and have resolved amicably any issues that have arisen. All parties discussed the upcoming status conference and all have agreed that a virtual conference is acceptable to the parties. Therefore, given the current status of the case, the parties respectfully submit this joint request that the May 18, 2023 conference be converted to a video appearance.

BRAFMAN & ASSOCIATES, P.C.

We thank you for your time and attention to this matter.

        Respectfully submitted,

        Philip R. Sellinger

        <u>S/ Shawn Barnes</u>
    By: Shawn Barnes
        Assistant United States Attorney

        <u>S/ Marc Agnifilo</u>
        Marc Agnifilo
        Zach Intrater
        Counsel for Peter Coker, Sr.

        <u>S/ Ira Lee Sorkin</u>
        Ira Lee Sorkin
        Adam Brody
        Counsel for James Patten

        <u>S/ William McGovern</u>
        William McGovern
        John Azzarello
        Counsel for Peter Coker, Jr.