

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

Shawn P. Barnes
Assistant United States Attorney

970 Broad Street, 7th floor
Newark, New Jersey 07102

973-645-2700

July 6, 2023

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building
   and United States Courthouse
4th & Cooper Streets
Camden, New Jersey 08608

      Re:    <u>U.S. v. James Patten, Peter Coker, Sr. & Peter Coker, Jr.</u>
             Crim. No. 22-643 (CPO)

Dear Judge O'Hearn:

     The parties appeared before Your Honor for a status conference on May 18, 2023. At that time, Your Honor scheduled another conference for July 12, 2023 at 10:30 a.m. and noted that, given the expiration of the CARES Act, the conference would be held in-person, or alternatively, may be held via telephone/video-conference in the event the defendants waive their respective appearances. In preparation for the conference, the Government has been in communication with counsel and has been advised that all defendants waive their appearance for the July 12 conference and would elect to proceed telephonically or via video appearance if the Court permits.

     Given the current status of the case and the above representations, the parties respectfully submit this joint request that the July 12, 2023 conference be converted to a telephonic or video appearance.

                                         Respectfully submitted,

                                         PHILIP R. SELLINGER
                                         United States Attorney

                       By:    SHAWN P. BARNES
                             LAUREN E. REPOLE
                             Assistant U.S. Attorneys

cc:    Marc Agnifilo, Esq. & Zach Intrater, Esq.
       Ira Lee Sorkin, Esq. & Adam Brody, Esq.
       William McGovern, Esq. & John Azzarello, Esq.