UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDINGS:** 9/5/23

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Camille Pedano
**OTHER:** Acheme Amali, Pretrial Services Officer

**Docket #** CR 22-643-3 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

      vs.

PETER COKER, JR.

**APPEARANCES:**
Lauren Repole, AUSA for Government
John A. Azzarello, Esquire for Defendant (Defendant Present)
William F. McGovern, Esquire for Defendant

**NATURE OF PROCEEDINGS**: MOTION HEARING

Hearing on Defendant's Motion for Reconsideration for Pretrial Release, ECF No. 71.
Hearing on Defendant's Oral Application to Seal ECF No. 73 and Seal Portion of ECF 74.

**DISPOSITION:**
Ordered Defendant's Oral Application to Seal ECF No 73 and Portion of ECF 74 is GRANTED. ECF No 73 is hereby sealed in its entirety. ECF No 74 is hereby sealed in its entirety. Counsel to submit a redacted version of ECF No. 74 no later than September 15, 2023.

Ordered Defendant's Motion for Reconsideration for Pretrial Release, ECF No 71, is DENIED.

Ordered Defendant is remanded to the custody of the U.S. Marshals.

Time Commenced:   11:45am
Time Adjourned:   12:50pm
**Total Time:**   **1 Hour and 5 Minutes**

                                             *s/ Haley Minix*
                                             DEPUTY CLERK