# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN

TENY R. GERAGOS
ADMITTED IN NY & CA

STUART GOLD

September 7, 2023

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building and
United States Courthouse 4th & Cooper Streets
Camden, New Jersey 0860

    Re:   <u>U.S. v. James Patten, Peter Coker, Sr., & Peter Coker, Jr.</u>, Crim. No. 22-643 (CPO)

Dear Judge O'Hearn:

    Please accept this letter apprising the Court of the status of the above-captioned matter. Briefly, the parties appeared before Your Honor for a status conference on May 18, 2023. Since that conference, the parties have continued to meet and confer, and have been reviewing discovery, which, as the Court knows, is substantial in volume.

    The parties remain in frequent communication and have resolved amicably any issues that have arisen. All parties discussed the upcoming status conference and all have agreed that a virtual conference is acceptable to the parties. Therefore, given the current status of the case, the parties respectfully submit this joint request that the September 13, 2023 conference be converted to a video appearance. The defendants each consent to waive their appearances.

BRAFMAN & ASSOCIATES, P.C.

We thank you for your time and attention to this matter.

Respectfully submitted,

Philip R. Sellinger

SO ORDERED this __8th__ day of __September__ 20__23__

*Christine A. O'Hearn*
United States District Judge

By:  S/ Shawn Barnes
Shawn Barnes
Lauren Repole
Assistant United States Attorneys

S/ Marc Agnifilo
Marc Agnifilo
Zach Intrater
Counsel for Peter Coker, Sr.

S/ Ira Lee Sorkin
Ira Lee Sorkin
Adam Brody
Counsel for James Patten

S/ William McGovern
William McGovern
John Azzarello
Counsel for Peter Coker, Jr.

2