## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER COKER, JR., et al.<br><br>Defendants. | No. 1:22-cr-00643-3<br><br>**ORDER** |

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court on the Motion for Reconsideration for Pretrial Release filed by Defendant Peter Coker, Jr., ECF No 71. The Court heard argument on the Motion pursuant to Local Civil Rule 78.1 on September 5, 2023. For the reasons set forth on the record during that hearing,

**IT IS HEREBY** on this 5th day of  September , 2023,

**ORDERED** that the Motion for Reconsideration for Pretrial Release filed by Defendant Peter Coker, Jr., ECF No 71, is **DENIED.**

*/s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**