UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

John A. Azzarello
Whipple Azzarello, LLC
161 Madison Avenue, Suite 325
Morristown, NJ 07960
(973) 267-7300
Attorneys for Defendant Peter Coker, Jr.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Hon. Christine P. O'Hearn, U.S.D.J.** |
| | : | |
| v. | : | Criminal No. 22-CR-643 (CPO) |
| | : | |
| PETER COKER, JR., et. al. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that Mr. Coker, Jr., the defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit the District Court's Order entered September 5, 2023 (Dkt. No. 83) denying Mr. Coker, Jr.'s Motion for Reconsideration of the Court's decision to detain Mr. Coker, Jr. without bail. *See* Dkt. No. 59 (Order revoking U.S. Magistrate Judge Cathy Waldor's order granting bail and detaining defendant pending further proceedings).

        WHIPPLE AZZARELLO, LLC
        Attorneys for Defendant Peter Coker, Jr.

        By:    <u>s/ John A. Azzarello</u>
        Dated: September 18, 2023

**CERTIFICATION OF SERVICE**

I certify that I today caused to be served, via ECF, one copy each of the foregoing motion papers on:

SHAWN P. BARNES
OFFICE OF THE US ATTORNEY
DISTRICT OF NEW JERSEY
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102

s/ John A. Azzarello
John A. Azzarello

Dated: September 18, 2023