UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 22-643 |
| | : | |
| JAMES T. PATTEN, PETER COKER, SR., and PETER COKER, JR. | : : : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Lauren E. Repole and Shawn P. Barnes, Assistant United States Attorneys), Defendant James T. Patten (by Ira Lee Sorkin, Esq. and Adam Brody, Esq.), Defendant Peter Coker, Sr. (by Marc Agnifilo, Esq. and Zach Intrater, Esq.), and Defendant Peter Coker, Jr. (by William McGovern, Esq. and John Azzarello, Esq.) for an Order granting a sixth continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 30, 2023 to permit Defense Counsel and the United States reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the Defendants having consented to the continuance and waived such right, and this being the sixth request for a continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Taking into account the exercise of diligence, the facts of this case require that counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)   Plea negotiations are either anticipated or in progress, and both the United States and the Defendants desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(3)   The Defendants have consented to this continuance;

(4)   The granting of a continuance will conserve judicial resources; and

(5)   As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this <u>29th</u> day of September 2023,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including November 30, 2023; and it is further

ORDERED that the period from the date this order is signed through and including November 30, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

*Christine P. O'Hearn*
HON. CHRISTINE P. O'HEARN
United States District Judge

Form and entry consented to:

_____
Lauren E. Repole/Shawn P. Barnes
Assistant U.S. Attorneys

s/ Adam Brody
Ira Lee Sorkin, Esq./Adam Brody, Esq.
Counsel for James T. Patten

s/ Zach Intrater
Marc Agnifilo, Esq./Zach Intrater, Esq.
Counsel for Peter Coker, Sr.

s/ John Azzarello
William McGovern, Esq./John Azzarello, Esq.
Counsel for Peter Coker, Jr.