# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Christine P. O'Hearn, U.S.D.J. |
| v. | Criminal No. 22-CR-643 |
| PETER COKER, JR. | Document Electronically Filed |
| Defendant. | |

## ORDER GRANTING MR. COKER, JR. EXPANDED LIBRARY PRIVILEGES AT ESSEX COUNTY CORRECTIONAL FACILITY

**THIS MATTER** having been opened to the Court on the application of Defendant Peter Coker, Jr., through retained counsel, John A. Azzarello, Esq., Whipple Azzarello LLC, for the entry of an Order granting Mr. Coker, Jr. expanded privileges while he remains detained at Essex County Correctional Facility, the Court having considered the submissions and arguments of counsel for defendant, and on the government's consent:

IT IS on this 18th day of December, 2023,

ORDERED that the foregoing motion is hereby GRANTED, that Essex County Correctional Facility ("ECCF") grant Mr. Coker, Jr. the maximum amount of time possible in the prison library per week through the conclusion of trial in this matter.

_____
Hon. Christine P. O'Hearn, U.S.D.J.