# Brafman & Associates, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
―――
MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL
ADMITTED IN NY & NJ

ANDREA L. ZELLAN
ADMITTED IN NY & NJ

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

January 3, 2024

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building and
United States Courthouse 4th & Cooper Streets
Camden, New Jersey 0860

    Re:    <u>U.S. v. James Patten, Peter Coker, Sr., & Peter Coker, Jr.</u>, Crim. No. 22-643 (CPO)

Dear Judge O'Hearn:

    Please accept this letter apprising the Court of the status of the above-captioned matter. Briefly, the parties appeared before Your Honor for a status conference on September 29, 2023. Since that conference, defendant Patten entered a plea of guilty (Dkt. 98.) Accordingly, defendant Patten is not a party to this joint letter.

    The remaining parties have continued to meet and confer (indeed, certain parties are set for a meeting on January 4, 2023, and have had significant other discussions). The remaining parties thus remain in frequent communication and have resolved amicably any issues that have arisen. Moreover, the remaining defendants have continued to review discovery, which, as the Court knows, is substantial in volume.

BRAFMAN & ASSOCIATES, P.C.

The remaining parties have, from their discussions, agreed on a proposed schedule for pretrial motions, as follows:

Defense Pretrial Motions:  April 1, 2024
Government Oppositions:  April 22, 2024
Defense Replies:  April 29, 2024

Finally, the remaining parties discussed the upcoming status conference and all have agreed that a virtual conference is acceptable to the parties. Therefore, given the current status of the case, the remaining parties respectfully submit this joint request that the January 8, 2024, conference be converted to a video appearance.  The remaining defendants each consent to waive their appearances.

We thank you for your time and attention to this matter.

Respectfully submitted,

Philip R. Sellinger

By:   S/ Shawn Barnes
      Shawn Barnes
      Lauren Repole
      Assistant United States Attorneys

      S/ Marc Agnifilo
      Marc Agnifilo
      Zach Intrater
      Counsel for Peter Coker, Sr.

      S/ William McGovern
      William McGovern
      John Azzarello
      Counsel for Peter Coker, Jr.