# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER COKER, SR., and<br>PETER COKER, JR. | Crim. No. 22-643 (CPO)<br><br>SCHEDULING ORDER AND CONTINUANCE |

This matter having come before the Court by the parties for a scheduling order and continuance; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Shawn P. Barnes and Lauren E. Repole, Assistant U.S. Attorneys, appearing); and the Defendant Peter Coker, Sr., being represented by Marc Agnifilo, Esq. and Zach Intrater, Esq.; and the Defendant Peter Coker, Jr. being represented by John Azzarello, Esq. and William McGovern, Esq.; and the Court having determined that this matter may be treated as a criminal case requiring extensive discovery within the meaning of Paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery No. 15-2 (the "Standing Order"); and Discovery now being complete; and additional time now being requested by the parties for the filing of motions, and for good cause shown,

It is on this ___9th___ day of January, 2024, ORDERED that:

1. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before April 1, 2024.

b) The Government shall file any response to the Defendant's pretrial motions on or before April 22, 2024.

c) The Defendant shall file any reply on or before April 29, 2024.

d) Oral argument on pretrial motions shall be held on __5/29/24__ at 11am a.m./p.m.

2. Pursuant to paragraphs 17 to 21 of the Standing Order, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

3. Finally, it is hereby ORDERED that this action be, and it hereby is, continued from the date this Order is signed through April 1, 2024, and it is further ORDERED that the period from the date this Order is signed through April 1, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974. The Court finds, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial within the meaning of Title 18, United States Code, Section 3161(h)(7)(B), due to the nature of the prosecution, such that it is unreasonable to expect adequate

preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

*Christine P. O'Hearn*
HONORABLE CHRISTINE P. O'HEARN
United States District Judge

Agreed and Consented to by:

SHAWN P. BARNES
LAUREN E. REPOLE
Assistant United States Attorneys

/s/ Zach Intrater

MARC AGNIFILO, ESQ.
ZACH INTRATER, ESQ.
Counsel for Defendant Peter Coker, Sr.

JOHN AZZARELLO, ESQ.
WILLIAM MCGOVERN, ESQ.
Counsel for Defendant Peter Coker, Jr.