# AGNIFILO
# INTRATER

---

March 22, 2024

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building and
United States Courthouse 4th & Cooper Streets
Camden, New Jersey 0860

    Re:   <u>U.S. v. James Patten, Peter Coker, Sr., & Peter Coker, Jr.</u>, Crim. No. 22-643 (CPO)

Dear Judge O'Hearn:

    The parties in the above-referenced case have continued to meet and confer on a regular basis. The parties have been engaged, and continue to engage, in discussions to resolve the case without a trial.

    The parties are of course cognizant of the strictures of Federal Rule of Criminal Procedure 11(c)(1). With that Rule in mind, the parties are mindful not to apprise the Court of the substance of their discussions, but can represent to the Court that a modification of the current scheduling order would facilitate the parties' ongoing efforts.

# AGNIFILO
# INTRATER

---

Accordingly, enclosed please find a joint proposed Order modifying the current pretrial schedule.

          Respectfully submitted,

          Philip R. Sellinger

          <u>S/ Shawn Barnes</u>
By:   Lauren Repole
       Shawn Barnes
       Assistant United States Attorneys

<u>S/ Marc Agnifilo</u>
Marc Agnifilo
Zach Intrater
Counsel for Peter Coker, Sr.

<u>S/ William McGovern</u>
William McGovern
John Azzarello
Counsel for Peter Coker, Jr.