**WHIPPLE AZZARELLO, LLC**
Attorneys at Law

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
whippleazzarellolaw.com

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**AMY VALENTINE McCLELLAND**
Of Counsel

**ADAM M. ELEWA**
Admitted in New Jersey
and New York

May 30, 2024

**VIA ECF**

Hon. Judge Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

  Re: **United States v. Peter Coker, Jr.**
    **Docket No. 22-CR-643 (CPO)**

Dear Judge O'Hearn:

  Our Office represents Mr. Peter Coker, Jr. in the above-captioned matter. Included with this letter is a proposed order consented to by the government and counsel for Peter Coker, Jr. and Sr. seeking an extension of time to file pretrial motions by 60 days. The parties are actively involved in negotiations to resolve the above captioned matter without the need for a trial and an extension of the deadline to file motions would facilitate the parties' ongoing efforts.

  Thank you for your attention to this matter.

           Respectfully submitted,

           **WHIPPLE AZZARELLO, LLC**

           By: /s/ John A. Azzarello
              John A. Azzarello

Cc: Lauren Repole, AUSA (by ECF).
  Shawn Barnes, AUSA (by ECF).
  Counsel for Peter Coker, Sr. (by ECF).