# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Hon. Christine P. O'Hearn, U.S.D.J.** |
| | : | |
| v. | : | Criminal No.  22-CR-643 |
| | : | |
| PETER COKER, SR., and | : | |
| PETER COKER, JR. | : | Document Electronically Filed |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER GRANTING EXTENSION OF DEADLINES TO FILE PRETRIAL MOTIONS

**THIS MATTER** having been opened to the Court on the application of all parties (Lauren Repole and Shawn Barnes for the Government; John A. Azzarello, Whipple Azzarello LLC, for Defendant Peter Coker, Jr.; and Marc Agnifilo and Zach Intrater, Agnifilo Intrater LLP, for Defendant Peter Coker, Sr.) for the entry of an Order extending the deadlines contained in the Court's March 25, 2024 Scheduling Order and Continuance, and for good cause shown,

IT IS on this ___ day of _____, 2024, ORDERED that:

1. The following shall be the schedule for pretrial motions in this matter:

    a. The Defendants shall file all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before July 30, 2024.

    b. The Government shall file any response to the Defendants' pretrial motions on or before August 30, 2024.

    c. The Defendants shall file any reply on or before September 6, 2024.

    d. Oral argument on pretrial motions shall be held on _____ at _____ a.m./p.m.

2. The Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

3. The period from the date this Order is signed through July 30, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974. The Court finds, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial within the meaning of Title 18, United States Code, Section 3161(h)(7)(B), due to the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

_____

**Hon. Christine P. O'Hearn, U.S.D.J.**

**Agreed and Consented to by:**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By:  __/s/ Lauren E. Repole_____
     Lauren E. Repole
     Shawn P. Barnes
     Assistant United States Attorneys

WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Peter Coker, Jr.

By:  ___s/John A. Azzarello_____
     John A. Azzarello, Esq.
     William McGovern, Esq.

AGNIFILO INTRATER LLP
Attorneys for Defendant Peter Coker, Sr.

By: ___/s/ Zach Intrater_____
       Zach Intrater, Esq.
       March Agnifilo, Esq.