# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **Hon. Christine P. O'Hearn, U.S.D.J.** |
| v. | Criminal No. 22-643 (CPO) |
| PETER COKER, SR., and PETER COKER, JR. | Document Electronically Filed |
| Defendants. |  |

**ORDER GRANTING EXTENSION OF DEADLINES TO FILE PRETRIAL MOTIONS**

**THIS MATTER** having been opened to the Court on the application of all parties (Lauren Repole for the Government; John A. Azzarello, Whipple Azzarello LLC, for Defendant Peter Coker, Jr.; and Marc Agnifilo and Zach Intrater, Agnifilo Intrater LLP, for Defendant Peter Coker, Sr.) for the entry of an Order extending the deadlines contained in the Court's March 25, 2024 Scheduling Order and Continuance, and for good cause shown,

IT IS on this 30 day of July, 2024, ORDERED that:

1. The following shall be the schedule for pretrial motions in this matter:

    a. The Defendants shall file all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before September 30, 2024.

    b. The Government shall file any response to the Defendants' pretrial motions on or before October 30, 2024.

    c. The Defendants shall file any reply on or before November 7, 2024.

    d. Oral argument on pretrial motions shall be held on 11/21/24 at 11:00 a.m./p.m.

2. The Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

3. The period from the date this Order is signed through September 30, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974. The Court finds, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial within the meaning of Title 18, United States Code, Section 3161(h)(7)(B), for several reasons: (a) plea negotiations are ongoing and active with respect to both parties, the parties having met the week of July 22, 2024, and both the United States and the Defendants desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary; (b) taking into account the exercise of due diligence, the facts of this case require that counsel be permitted a reasonable amount of additional time for effective preparation in this matter; (c) the Defendants have consented to this continuance; and (d) the granting of a continuance will conserve judicial resources.

_____
**Hon. Christine P. O'Hearn, U.S.D.J.**

**Agreed and Consented to by:**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By: __/s/ Lauren E. Repole_____
    Lauren E. Repole

  Assistant United States Attorney

WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Peter Coker, Jr.

By:  s/John A. Azzarello
   John A. Azzarello, Esq.
   William McGovern, Esq.


AGNIFILO INTRATER LLP
Attorneys for Defendant Peter Coker, Sr.

By:  /s/ Zach Intrater
   Zach Intrater, Esq.
   Marc Agnifilo, Esq.