UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.: 22-643 (CPO) |
| v. | : | |
| JAMES PATTEN, et al | : | SUBSTITUTION OF COUNSEL |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Aaron L. Webman, (aaron.webman@usdoj.gov), Assistant United States Attorney), in substitution for Shawn Phillip Barnes, Assistant United States Attorney, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

*s/ Aaron L. Webman*

By:  Aaron L. Webman
Assistant United States Attorney

Dated: October 7, 2024