## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John A. Azzarello, Esq.
177 Madison Avenue
Morristown, New Jersey 07960
973-267-7300
Attorneys for Defendant Peter Coker, Jr.

| | |
|---|---|
| **UNITED STATE OF AMERICA,** : | Hon. Christine P. O'Hearn, USDJ |
| vs. : | Criminal No. 22-cr-643 (CPO) |
| **PETER COKER, JR.,** : | |
| **Defendant.** : | **SENTENCING SUBMISSION NOTICE OF DEFENDANT** |
| : | **Document Electronically Filed** |

**PLEASE BE ADVISED** that on May 6, 2025 Defendant submitted sentencing materials to the Court in the above-captioned matter.

 

**WHIPPLE AZZARELLO, LLC**
**Attorneys for Defendant Peter Coker, Jr.**

By:   s/John A. Azzarello
      John A. Azzarello, Esq.