UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden

**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER:** Meta Goddard
**OTHER:** Richard Antonison, U.S. Probation

**DATE OF PROCEEDING:** 5/13/25

**DOCKET NO.** 22-cr-643-3 (CPO)

**TITLE OF CASE:**

UNITED STATES OF AMERICA

       v.

PETER COKER, JR.

**APPEARANCES:**
Lauren Repole & Aaron Webman, AUSAs for the Government
John Azzarello, Esquire for Defendant *(Defendant Present)*

**NATURE OF PROCEEDINGS:**   SENTENCE ON A 3-COUNT INDICTMENT
Hearing on Government's oral application to dismiss count 3.
Ordered count 3 dismissed.

**SENTENCE:** Imprisonment for a term of 40 months on each of counts 1 and 2 to be served concurrently.
**SUPERVISED RELEASE:** For a term of 3 years on each of counts 1 and 2, all such terms to be served concurrently with special conditions.
**SPECIAL ASSESSMENT:** $200.00
**RESTITUTION:** Restitution hearing to be held within 90 days.
**FINE:** $125,000.00 on Count 1 and $125,000.00 on Count 2 for a total fine of $250,000.00.

Defendant advised of his right to appeal.
Court recommends the defendant be designated to FCI Lewisburg Satellite Camp. If defendant is not eligible for FCI Lewisburg Satellite Camp, the Court recommends that defendant be designated to FCI Lewisburg. Defendant remanded to the custody of the U.S. Marshal Service.

Time Commenced:   1:55pm
Time Adjourned:   3:40pm
**Total Time:**   **1 Hour and 45 Minutes**

                                                    */s/ Haley E. Minix*
                                                    DEPUTY CLERK