UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 22-643-3 |
| | : | |
| v. | : | Hon. Christine P. O'Hearn |
| | : | |
| PETER COKER, JR. | : | |

### AMENDED JUDGMENT AND ORDER OF RESTITUTION

**UPON CONSIDERATION** of the parties' submissions, the plea agreement dated November 25, 2024, the parties' agreement as to the total amount of restitution, the parties' waiver of any further hearing, proceeding, or other appearance in this matter, and for good cause shown,

**IT IS** on this 11th day of August, 2025,

**ORDERED** that the defendant shall make restitution in the amount of $5,561,208.31. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Room 2020, Trenton, NJ 08608, for distribution to the following victims:

| Name of Payee (Victim) | Amount of Restitution | Address of Payee |
|---|---|---|
| Star V, LLC | $2,269,509.26 | 2100 West End Ave., Suite 1000, Nashville, TN, 37203 |
| DUMAC, Inc. | $3,112,849.46 | 280 Magnum St., Suite 210, Durham, NC, 27701 |
| Retail Investors (see Exhibit A attached) | $178,849.59 | (see Exhibit A attached) |

**ORDERED** that pursuant to 18 U.S.C. § 3664(i) the restitution will be distributed to the victims in the following order of priority: first to the Retail Investors on a proportionate basis and second to Star V, LLC and DUMAC, Inc. on a proportionate basis; and

**ORDERED** that the restitution is due immediately; and

**ORDERED** that the defendant shall pay $1,500,000.00 from the HSBC Hong Kong account within 30 days of the restitution order; and

**ORDERED** that it is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $100 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $1,000.00, to commence 30 days after release from confinement; and

**ORDERED** that all of the defendants shall be subject to the full amount of restitution as to all of the victims for all of their losses, provided that no further payments will be required once payment(s) by one or more defendants fully satisfies the victims' total losses. The following defendants in the following cases may be subject to restitution orders to the same victims for these losses:

| **Defendant** | **Criminal Case Number** |
|---|---|
| Peter Coker, Sr. | 22-643-2 |
| James Patten | 22-643-1 |

**ORDERED** that Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs; and finally

**ORDERED** that this Restitution Order is pursuant to 18 U.S.C. § 3663A, et seq., and shall be incorporated into the Judgment as if set out verbatim therein.

*Christine A. O'Hearn*
_____
**HONORABLE CHRISTINE P. O'HEARN**
United States District Judge

# Exhibit A

United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| NAME | ADDRESS | HWIN / EWST | LOSS AMOUNT |
|---|---|---|---|
| Adam J Muller | | HWIN | ($13.00) |
| Adam Kim | | HWIN | ($24.00) |
| Adam L Cunningham | | HWIN | ($40.50) |
| Adam Segen | | HWIN | ($54.00) |
| ADAM W CARUSO | | HWIN | ($1.50) |
| Adrielle Eliz Walker | | EWST | ($950.00) |
| ADRIEN PETIT | | HWIN | ($5.28) |
| Afshin Etemadi | | HWIN | ($22.00) |
| AISHA JAMILLE BATTLE | | HWIN | ($7.50) |
| AKEYLAH BATTLE | | HWIN | ($10.00) |
| Aldo Dikker | | EWST | ($19.00) |
| ALEKSANDR KOSTROV | | EWST | ($15.00) |
| ALEX FERNANDO CRUZ | | HWIN | ($11.66) |
| ALEXANDER JOHN OLINGER | | HWIN | ($1.14) |
| ALEXANDER JON HAVERLY | | HWIN | ($24.40) |
| ALEXANDER S FITZPATRICK | | HWIN | ($1.90) |
| ALEXANDRA L BALDWIN | | HWIN | ($1.07) |
| ALI J FAKIH | | EWST | ($230.00) |
| ALICE INGRID JEANNINE CADET | | HWIN | ($1,507.06) |
| ALLAN MILLER | | HWIN | ($4.86) |
| ALLAN S BILLEHUS | | HWIN | ($1,176.00) |
| ALLEN H TRAN | | HWIN | ($235.20) |
| ALLIC SIVARAMAKRISHNAN | | HWIN | ($64.20) |
| AMY ELIZABETH SCHIFFER AS CUST | | HWIN | ($3.15) |
| ANDREW CARRICARTE | | HWIN | ($59.25) |
| ANDREW FLINK | | HWIN | ($46.75) |
| Andrew George G Malik | | HWIN | ($58.95) |
| ANDREW JOSEPH KNIGHT | | HWIN | ($41.50) |
| ANDREW LAWRENCE HILTY | | HWIN | ($28.00) |
| Andrew Nemit Rollover IRA | | HWIN | ($130.00) |
| Andrew Zvibleman | | HWIN | ($65.00) |
| Angelita Tran | | HWIN | ($11.71) |
| Anjanett Dyer-Munroe | | EWST | ($97.30) |
| ANN BUCKINE | | EWST | ($5.00) |
| Anna M Danison | | HWIN | ($13.48) |
| Anthony M Campisi | | EWST | ($121.60) |
| ANTHONY M MICHAEL ROBBINS | | HWIN | ($1.00) |
| Aquino Cornelio | | EWST | ($405.00) |
| AREYA ARESH | | HWIN | ($116.92) |
| AREZOU CARMILI | | HWIN | ($50.25) |
| Arthur D Peters Sr | | HWIN | ($230.00) |
| Audra Johnson | | HWIN | ($67.50) |
| AUDRIUS DEDELA | | HWIN | ($36.04) |
| AUSTIN MAYER | | HWIN | ($15.30) |
| AVINASH HOSAMALANGI MAHADEVA | | HWIN | ($4.44) |
| BAMIZOKO ANYAMELUNA | | HWIN | ($7.55) |
| Barbara N Levy | | HWIN | ($120.00) |
| Barbara Thomas | | HWIN | ($106.25) |
| Barry Aaron Chinn | | HWIN | ($4,014.00) |
| BARTEL LEEGWATER | | HWIN | ($94.00) |
| Benjamin Clifford Paulson | | HWIN | ($13.50) |
| BLAIR A EDNIE | | HWIN | ($10.66) |
| BOBBY BACHMAN | | HWIN | ($25.60) |
| BOHUMIR E KUBECKA TOD | | EWST | ($155.00) |
| BONNA L RICE TRUST | | HWIN | ($556.04) |
| Bonnie Gail Seiler | | HWIN | ($64.95) |
| Brandon J Evans | | EWST | ($1,062.50) |
| BRANDON JOHN MARTINEZ | | HWIN | ($1.50) |
| BRANDON MARQUEZ JONES | | HWIN | ($25.00) |
| Brandon Michael Borowski IRA | | HWIN | ($12.40) |
| Brendan Robert Hatlee | | HWIN | ($27.00) |
| BRETT BLAUSEY | | HWIN | ($2,406.82) |
| BRIAN BEATTY | | HWIN | ($2.76) |
| Brian Lasalle Roth IRA | | HWIN | ($12.99) |
| BRIAN LEDEBUR | | HWIN | ($89.80) |
| Brian Patrick Calvert | | HWIN | ($13.50) |
| BRIAN TREMBLAY | | HWIN | ($69.50) |

Case 1:22-cr-00643-CPO    Document 162    Filed 08/11/25    Page 6 of 12 PageID: 1898

United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| Name | Symbol | Loss |
|---|---|---|
| BRIAN WILLIAM STOKES ROTH IRA | HWIN | ($13.80) |
| Bruce Karl Walker | EWST | ($2,254.30) |
| BRUCE LYNN AYCOCK and/or SHARON ANN AYCOCK | EWST | ($23.00) |
| BRUNO GARCIA | HWIN | ($2.50) |
| C FRANKLYN HALBERT | EWST | ($199.00) |
| CAITLYN BURGESS | HWIN | ($20.82) |
| Caleb Williams | HWIN | ($9.40) |
| Cameron Hayes | HWIN | ($36.00) |
| Carmen Nathalie Trinidad-Nunez | HWIN | ($26.00) |
| CARY P CYR TTEE | HWIN | ($202.19) |
| Case Humason | HWIN | ($27.00) |
| Casey Maher | HWIN | ($65.00) |
| CHAN WOO PARK | HWIN | ($5.36) |
| CHANDLER JERROD SIMS | HWIN | ($3.02) |
| Chase Pronger | HWIN | ($11.96) |
| Chelsea Hilliard | HWIN | ($67.50) |
| CHERYL O'SULLIVAN | HWIN | ($131.45) |
| CHRIS CAMPAGNA | HWIN | ($7.00) |
| Christian G Mesa Roth IRA | HWIN | ($105.00) |
| Christina L Mattern | EWST | ($465.00) |
| Christine Kelly McEnroy | HWIN | ($61.50) |
| Christoph Lippert | HWIN | ($11.00) |
| CHRISTOPHER A PIN II | HWIN | ($2.00) |
| Christopher Lee Perez | HWIN | ($13.50) |
| CHRISTOPHER M TANCRETO | HWIN | ($10.46) |
| Christopher M Zinn | HWIN | ($62.50) |
| Christopher Michael Nice | HWIN | ($12.75) |
| Clairborne Forrest King | HWIN | ($40.50) |
| Cleophus Antonio Tribble | HWIN | ($63.92) |
| CLEVE E NORDEEN | HWIN | ($355.50) |
| CLIFFORD BELL | HWIN | ($32.50) |
| CODY J BARON | HWIN | ($87.50) |
| COLIN STEWART | HWIN | ($2.20) |
| CONRAD J SWEET | HWIN | ($1.80) |
| Corey Groom | HWIN | ($11.70) |
| Corey Packard | HWIN | ($175.50) |
| Courtney Cook | HWIN | ($42.50) |
| Cristina Melgarejo | HWIN | ($26.50) |
| CRISTINA VACCARO | HWIN | ($1.48) |
| CURTIS L ORNER | EWST | ($10.40) |
| D A Davidson & Co AS Cust for Eileen Edgren | HWIN | ($1,220.00) |
| D MICHAEL KANE | HWIN | ($50.50) |
| Dale Murray | EWST | ($7.65) |
| DAN COLEMAN | HWIN | ($63.00) |
| Dan McGill | HWIN | ($12.00) |
| DAN SCOTT | HWIN | ($76.29) |
| Daniel G Jacques | HWIN | ($575.00) |
| Daniel Harry Fedynshyn | HWIN | ($39.00) |
| Daniel Jerry Gorman | HWIN | ($11.31) |
| DANIEL KLEINBURG | HWIN | ($32.00) |
| DANIEL KONSTANTIN JOHNSON | HWIN | ($1.50) |
| DANIEL V BENNY | HWIN | ($1.88) |
| Daniel Walker Dickson | HWIN | ($13.50) |
| DANIELLE HALL ROTH IRA TD | HWIN | ($1.68) |
| Darden Rhodes | EWST | ($33.20) |
| DAVE A FEDORCSAK | HWIN | ($15.00) |
| David A Lang | HWIN | ($13,499.90) |
| David Alan Almeleh | HWIN | ($127.90) |
| DAVID JIANG | HWIN | ($138.15) |
| David Philiip Klotz | HWIN | ($116.00) |
| DAVID ROBERT SCHMIDT TOD | HWIN | ($163.00) |
| DAVID SHAPIRO | HWIN | ($6.90) |
| DEAN HOLTZ | HWIN | ($17.01) |
| DEANNA L PENNEY | HWIN | ($23.01) |

Case 1:22-cr-00643-CPO    Document 162    Filed 08/11/25    Page 7 of 12 PageID: 1899

United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| Name | Security | Loss |
|---|---|---|
| DELAYNE KRENEK | HWIN | ($12.63) |
| Delondia L Bolden | HWIN | ($11.00) |
| DENNIS ALEXSOVICH ROLLOVER IRA | HWIN | ($1,722.00) |
| DENNIS ERVIN HUNT | EWST | ($5.60) |
| DEREK CHAU | HWIN | ($588.00) |
| Djinenatha | EWST | ($30.80) |
| Dmitriy Tsitlik | HWIN | ($27.00) |
| DOMINICK TRIPODI | HWIN | ($3.08) |
| Donald Anthony Maschka | HWIN | ($36.00) |
| DONALD V FARRISS JR & | HWIN | ($15.00) |
| DONNIE O ROBERTS | HWIN | ($17.13) |
| DOWNEAST INVESTMENTS LLC | HWIN | ($110.42) |
| DREW BUCHHOLZ | HWIN | ($2.50) |
| Dror Shemesh | EWST | ($3,300.00) |
| Duncan Macdonald | EWST | ($11.25) |
| Dunne | EWST | ($18.80) |
| Dustin Jon Lee | EWST | ($11.90) |
| Dusty Thigpen | EWST | ($350.35) |
| Dwayne Hunter | HWIN | ($314.05) |
| DYLAN MOE | HWIN | ($4.80) |
| Dylan Nicklas Raines | EWST | ($31.60) |
| EDWARD YANCHITIS IV | HWIN | ($3.44) |
| EILEEN FERRARO | EWST | ($1.26) |
| Elbe J Rice Jr | EWST | ($93.00) |
| Elliot James Woolley | HWIN | ($11.25) |
| ELLIOTT CLARK | HWIN | ($18.30) |
| Emerging Oaks Alpha LP | HWIN | ($45.44) |
| ERIC B CORNELIO IRA TD | HWIN | ($12.80) |
| ERIC DEAN BAIER | EWST | ($130.00) |
| Eric Friedrich | HWIN | ($12.00) |
| Eric Lagge | HWIN | ($27.00) |
| ERIC M STAIB | HWIN | ($0.59) |
| Eric Mordis | HWIN | ($12.36) |
| ERIC PATRICK VANCE | HWIN | ($12.72) |
| ERIC ROBERT BUSH | HWIN | ($1.95) |
| Eric S Lashner | HWIN | ($30.80) |
| ERICK M HENRIQUE | HWIN | ($125.00) |
| ETHAN RAY | HWIN | ($2.46) |
| Evan J Frankel | HWIN | ($27.00) |
| FELTONE INC. ATTN RORY | HWIN | ($2.20) |
| FMT CO CUST IRA FBO Gregory Inman | HWIN | ($12.00) |
| FMT CO CUST IRA FBO Marlon Vargas | HWIN | ($11.00) |
| FMT CO CUST IRA ROLLOVER FBO BRIAN K BOWEN | EWST | ($1,637.50) |
| FMT CO CUST IRA Rollover FBO Collin Rusin | HWIN | ($12.00) |
| FMT CO CUST IRA Rollover FBO Harry W Kline | HWIN | ($13.50) |
| FMT CO CUST IRA Rollover FBO Jamison Wyatt Moore | HWIN | ($29.00) |
| FMT CO CUST IRA Rollover FBO Jonathan L Wright | HWIN | ($75.32) |
| FMT CO CUST IRA Rollover FBO Joseph E Gluck | HWIN | ($35.00) |
| FMT CO CUST IRA Rollover FBO Zelda H Jones | HWIN | ($67.45) |
| FMT CO CUST IRA SEPP FBO Matthew David Palumbo | HWIN | ($350.46) |
| FMTC Custodian - Roth IRA Audra Y Johnson | HWIN | ($159.48) |
| FMTC Custodian - Roth IRA Christine M Campbell | HWIN | ($61.75) |
| FMTC Custodian - Roth IRA FBO Kevin Landon Wilkins | HWIN | ($122.50) |
| FMTC Custodian - Roth IRA FBO Sara Cotton | HWIN | ($142.89) |
| FMTC Custodian - Roth IRA Kevin C Van Slyke | HWIN | ($54.00) |
| FMTC Custodian - Roth IRA Kristin M Boggs | HWIN | ($51.16) |
| FMTC Custodian - Roth IRA Steven Paul Pavlinec | HWIN | ($22.00) |
| Frederick Ramm | EWST | ($75.00) |
| George C Small III TOD | HWIN | ($179.20) |
| George F Robinson | HWIN | ($8,340.00) |
| George T Rowland | HWIN | ($149.90) |
| GREGORY FOX | HWIN | ($50.44) |
| Guy A Harrell | HWIN | ($255.80) |
| Harit Chopra | EWST | ($4,520.00) |
| HARRIS TIMOTHY | EWST | ($1.39) |
| HAZEL JASKE &HILDE JASKE JT TEN | EWST | ($24.00) |
| Henry William Marcantoni | EWST | ($565.00) |
| HSA BANK AS CUSTODIAN | HWIN | ($1.10) |
| HUNTER COLBY MOORE | HWIN | ($17.92) |

United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| Name | Symbol | Loss |
|---|---|---|
| HUSAINOV AZIM | HWIN | ($1,922.89) |
| IAN MAHAFFY | HWIN | ($0.80) |
| Ina F Kebet | HWIN | ($102.23) |
| IRWAN | EWST | ($14.00) |
| Isaac Doppelt | HWIN | ($12.99) |
| ISAAC J HASELWOOD | HWIN | ($10.00) |
| JACOB C HINTON | HWIN | ($36.00) |
| JACOB THOMAS BURNS | HWIN | ($3.39) |
| JACOB THOMAS EDWARD SEARS | HWIN | ($24.90) |
| Jacqueline V Davis | HWIN | ($13.50) |
| JAKE ADAM SANGER | HWIN | ($34.72) |
| JAMES CASOLA | HWIN | ($8.03) |
| JAMES F THOMAS | HWIN | ($14.88) |
| JAMES HOWLEY | HWIN | ($4.25) |
| James L Hollingsworth | HWIN | ($18.90) |
| JAMES R LEEDOM | HWIN | ($30.63) |
| JAMES SCHNEFEL | HWIN | ($12.35) |
| Janet Denise England IRA | EWST | ($5.50) |
| JARED GREENGRASS | HWIN | ($87.50) |
| Jared McCormick | HWIN | ($39.48) |
| JARON FAIRMAN | HWIN | ($254.00) |
| JASKARAN S DHAMI | HWIN | ($115.05) |
| JASON ALEXANDER VADIMSKY | HWIN | ($11.96) |
| JASON ALFRED SMITH | HWIN | ($3.42) |
| Jason Blum | EWST | ($15.00) |
| Jaymin R Patel | HWIN | ($92.40) |
| JEANNETTA ROSEN | HWIN | ($60.00) |
| Jean-Paul Bonneau Sep IRA | HWIN | ($12.99) |
| JENNIFER DAWN HOUSE ROLLOVER | HWIN | ($19.00) |
| JEREMY G ROE | HWIN | ($381.72) |
| JERRY MICHAEL TOMLINSON II | EWST | ($8.40) |
| JESSE DALE JARRETT | HWIN | ($1.40) |
| JIM NELSON JR | HWIN | ($33.97) |
| JOE PASCUAL DIAZ | HWIN | ($1.35) |
| JOEL PARENO | HWIN | ($33.82) |
| John A Grainger Jr | HWIN | ($127.90) |
| JOHN C DOWLING | HWIN | ($58.88) |
| JOHN CARAMIA | HWIN | ($1.35) |
| JOHN CLARK HATHAWAY & JUDITH | HWIN | ($3.50) |
| JOHN GROZIER AS CUST FOR | HWIN | ($1.03) |
| JOHN H HAREN | HWIN | ($159.50) |
| John J Nowak | EWST | ($27.50) |
| JOHN J TISZA IV | HWIN | ($35.92) |
| JOHN M PEPLINSKI | HWIN | ($1.25) |
| John Mason Talbert | HWIN | ($24.00) |
| John Salvatore Frontera | EWST | ($105.00) |
| JOHN STARR | HWIN | ($11.10) |
| JOHN TRAVIS LUDWIG | HWIN | ($5.00) |
| JOHN W DALTON JR & | HWIN | ($74.00) |
| JONATHAN JACKSON | HWIN | ($2.50) |
| Jonathan Nicanor Greenlee | HWIN | ($334.25) |
| Jonathan Z Salazar | HWIN | ($107.84) |
| JONI K FULFORD | EWST | ($100.50) |
| Jonitha Dennis | HWIN | ($39.00) |
| Jophn Davenport | EWST | ($954.10) |
| Jordan Janak | EWST | ($440.00) |
| Jordan L Rudd | HWIN | ($135.00) |
| JORDAN SHAFFER | HWIN | ($1.50) |
| JOSE A SERRANO JR | HWIN | ($12.29) |
| Joseph Anderson | HWIN | ($66.35) |
| JOSEPH C KALNAS | HWIN | ($2.88) |
| Joseph Chierotti | EWST | ($234.00) |
| JOSEPH J MCKELLAR | HWIN | ($2.00) |
| Joseph Jay Fiorani | EWST | ($1,855.85) |
| JOSEPH K BUTLER | EWST | ($9.50) |
| JOSEPH M COHEN | HWIN | ($123.00) |
| Joseph M Sasdelli | HWIN | ($96.00) |
| Joseph S Richardson TOD | HWIN | ($11.41) |

Case 1:22-cr-00643-CPO    Document 162    Filed 08/11/25    Page 9 of 12 PageID: 1901
United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| Name | Ticker | Loss |
|---|---|---|
| JOSEPH TORTORELLO | HWIN | ($17.45) |
| JOSHUA WILLIAM COX | HWIN | ($1.10) |
| Judith C Bargabos | HWIN | ($54.00) |
| Judy M Buczek | HWIN | ($57.55) |
| JUSTIN ALEXANDER LEFEVER | HWIN | ($2.20) |
| JUSTIN MAGILL | HWIN | ($10.76) |
| JUSTIN STADLER | HWIN | ($18.42) |
| KAMAAL MORRISON | HWIN | ($95.34) |
| KATHLEEN ROBERTS | HWIN | ($118.56) |
| KAYLA O KUMAGAI | HWIN | ($1.20) |
| KEITH GONZALES | HWIN | ($18.50) |
| Ken Bon Lo | HWIN | ($8,000.00) |
| KENNETH BAHR & MELISSA S BAHR | HWIN | ($9.15) |
| KESHA MONIQUE SELLARS | HWIN | ($11.25) |
| Kevin Irwin | HWIN | ($78.00) |
| KEVIN JEFFREY STONE | HWIN | ($1.14) |
| Kevin Regan | HWIN | ($13.01) |
| Kevin S Wild | EWST | ($18.04) |
| KIEL CASEY LITTELL ROTH IRA TD | HWIN | ($51.87) |
| KIMBERLY A KEYS | HWIN | ($2.08) |
| KODY ANDERSON | HWIN | ($11.30) |
| Kory Andrew Fothergill | HWIN | ($13.33) |
| KORYNN IDELLA GRELLA | HWIN | ($1.25) |
| KRIS TUTTLE | HWIN | ($62.80) |
| KRISSEAN MCCLARTY | HWIN | ($2.00) |
| KRISTIN WHITING VOINOVICH | HWIN | ($32.30) |
| Kyle Rodrigues | HWIN | ($13.50) |
| Lacey Corin Mayhew | EWST | ($74.00) |
| LANCE JACKSON | HWIN | ($2.79) |
| LAUREN A POLOSKI AS CUST FOR | HWIN | ($1.50) |
| Lawrence Thomas Quirk | HWIN | ($1,750.00) |
| LAWYER KEITH GORDON | HWIN | ($11.12) |
| LEONARD S RICHINE | HWIN | ($13.09) |
| Les B Jepsen | HWIN | ($11.00) |
| Levar E Wilkins | HWIN | ($115.00) |
| Liam Kehoe Roth IRA | HWIN | ($527.60) |
| LIANG LIANG & | HWIN | ($7.98) |
| Lilly X Chen | HWIN | ($156.25) |
| Lisa V Sylvester | EWST | ($19.20) |
| Loui A Bava | EWST | ($2,955.00) |
| Lucas M Satorie | HWIN | ($13.50) |
| MADERA TECHNLGY MASTER FUND LT | HWIN | ($177.90) |
| MAHESWARAN KRISHNAN ROLLOVER | HWIN | ($2.44) |
| Maikeia L Jackson | HWIN | ($12.99) |
| MAJID ELSHORAFA | HWIN | ($26.25) |
| MAKSIM KUTUZOV | HWIN | ($8,313.01) |
| MANJEET BRAR | HWIN | ($12.25) |
| Marc Stanton Warner | HWIN | ($106.40) |
| Marcia M McLeod | EWST | ($3,983.01) |
| MARIA D SANTIAGO QUIZHPI | HWIN | ($2.02) |
| Mark Kier | EWST | ($53.00) |
| MARKUS PETERSON | HWIN | ($5.05) |
| MARLA CHARICK IRA | HWIN | ($5.66) |
| Marlon Rangel | HWIN | ($33.30) |
| Marlow Grace Steed | HWIN | ($1,130.00) |
| Martin D Larsen | HWIN | ($38.13) |
| Martin Fox Reti | EWST | ($1,180.00) |
| MARVIN BLACKWELL | HWIN | ($1,046.08) |
| Matthew E Wilkinson | HWIN | ($12.99) |
| MATTHEW J DANIELS | HWIN | ($1.17) |
| MATTHEW M ROBERTS ROTH IRA | HWIN | ($162.00) |
| MATTHEW R GORDON | HWIN | ($13.47) |
| MATTHEW S EASTMAN | EWST | ($6.90) |
| MATTHEW WILLIAM PETER CHOMA | HWIN | ($8.00) |
| MATTIE ALISA GAMBLE & NICOLAS | HWIN | ($16.28) |
| Maurice B Verstandig | HWIN | ($135.00) |

United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| Name | Security | Loss |
|---|---|---|
| Max Gold | HWIN | ($11.00) |
| MAXWELL CASTILLO BROOKS | HWIN | ($825.00) |
| MEGAN L TURNER & | HWIN | ($1.60) |
| Melissa A Glauber | HWIN | ($124.00) |
| MERTEN MARK | EWST | ($3.58) |
| MICHAEL B GALLAGHER SR | HWIN | ($581.60) |
| Michael Cardamone & Sharon | HWIN | ($94.50) |
| MICHAEL D PERRINO | HWIN | ($13.41) |
| MICHAEL F DEANGELO | HWIN | ($1.15) |
| MICHAEL J STEINER | HWIN | ($17.50) |
| MICHAEL LUU | HWIN | ($271.00) |
| Michael Napolitano | EWST | ($121.00) |
| Michael Patrick Toomey Jr | HWIN | ($57.50) |
| MICHAEL S PASCAZI IRA | HWIN | ($25.80) |
| MICHAEL W ANDERSON | HWIN | ($5.25) |
| Michael Witherspoon | EWST | ($96.38) |
| Minimax Capital LLC | HWIN | ($1,228.00) |
| MITCHELL FOX | HWIN | ($3.45) |
| MITCHELL WILLIAM SMITH | HWIN | ($3.30) |
| MLPF& S CUST FPO Jeffrey G Allen | HWIN | ($486.50) |
| MLPF& S CUST FPO Mr Jagannath Pisharath | HWIN | ($11.49) |
| MLPF& S CUST FPO MR Rex Sparklin Jr | HWIN | ($13.50) |
| MONICA DEMITRIS JACKSON | EWST | ($4.00) |
| Mr Justin R Jackson | HWIN | ($5,994.50) |
| Mr Menachem B Friedman | HWIN | ($270.00) |
| MU WENJING | EWST | ($1.00) |
| Natasha A Slepoy | HWIN | ($67.50) |
| NATHANIEL PAUL MOORE | HWIN | ($10.50) |
| NATL Financial Svcs LLC FBO Madera Technology Master | HWIN | ($3,903.69) |
| NATL Financial Svcs LLC FBO Madera Technology Master | HWIN | ($723.00) |
| Nelea Johnson | HWIN | ($35.40) |
| Nemit | EWST | ($42.50) |
| Nicholas Fattes | HWIN | ($259.80) |
| NICHOLAS MCWILLIAMS | HWIN | ($4.30) |
| NICKALAS M KATH | HWIN | ($12.50) |
| NICOLE KRAEMER | HWIN | ($3.30) |
| NISHMAS GOLD CORP | HWIN | ($2,196.00) |
| NORTHERN TRUST TTEETI C AND SPFBO DEREK ERICKSON | EWST | ($186.00) |
| OKOYE JOHN | EWST | ($1.48) |
| O'NEIL K SAWH | HWIN | ($409.04) |
| PAMELA LAZOR | HWIN | ($6.00) |
| PARIS LYNN JORDAN | HWIN | ($3.74) |
| Patricia E Losi | HWIN | ($26.45) |
| Patricia Pang | HWIN | ($65.00) |
| Patrick G Sexton | HWIN | ($146.08) |
| Paul Hahm | HWIN | ($135.00) |
| PAUL PAOLETTI | HWIN | ($11.84) |
| Paul R Hatfield | HWIN | ($270.00) |
| PAUL ROBERT VEREB | HWIN | ($52.19) |
| PAUL STEPHEN BIGENHO & | HWIN | ($14.70) |
| Paul Tidd | EWST | ($12.20) |
| PAULO SILVA SERRANO | HWIN | ($2.79) |
| PETER B LANSING ROTH IRA | HWIN | ($1.56) |
| Peter J Sitterly | HWIN | ($34.53) |
| Petrus Verduijn | EWST | ($49.00) |
| Philip Niles | HWIN | ($74.95) |
| Phyllis Madison | HWIN | ($255.80) |
| Pieter Mol | HWIN | ($11.99) |
| Ping L Gu TOD | HWIN | ($51.16) |
| PUFF PATRICIA | EWST | ($1.50) |
| QUINN D PERTUIT | HWIN | ($0.99) |
| RANDYL M. KIRSHNER TTEE | HWIN | ($12.90) |
| RASAAN A POWELL | HWIN | ($32.50) |
| RAYMOND ALFRED NEDZEL | HWIN | ($267.00) |
| Raymond Shen | EWST | ($29,675.00) |
| REBECCA GRAY REDFERN | HWIN | ($1.08) |
| Reginald Anthony Robinson Sr | HWIN | ($189.00) |
| RICCARDO LEONI | HWIN | ($15.00) |
| Richard A Cooper & Patricia A Young | HWIN | ($51.96) |
| Richard Predenrgast | EWST | ($3,676.00) |
| RICHARD SIAS RAMOS | HWIN | ($13.79) |
| RICHARD WARD CUSTER | EWST | ($49.70) |

United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| Name | Security | Loss |
|---|---|---|
| RIVKAH FLAUM | HWIN | ($1,022.55) |
| Robert B Cohen | HWIN | ($12.50) |
| Robert E Depersia II | HWIN | ($270.00) |
| ROBERT HARVEY DAVIDSON | HWIN | ($100.80) |
| Robert John Ruffley | HWIN | ($12.31) |
| ROBERT M REDMAN ROTH IRA TD | HWIN | ($10.20) |
| ROBERT S MCDANIEL | HWIN | ($1.60) |
| ROBERT SCHULMAN | HWIN | ($6.66) |
| ROBERT TALAJKOWSKI | HWIN | ($2.28) |
| ROBERTO V GALLEGOS | HWIN | ($75.60) |
| RODNEY GODDARD & VALERIE | HWIN | ($29.00) |
| ROGER JEROME JACOBSON | EWST | ($15.00) |
| ROHAN PRADEEP KUMAR | HWIN | ($10.30) |
| ROLAND CAREY | HWIN | ($6.45) |
| RONALD L PERRY & | HWIN | ($2.20) |
| RORY SPANGLER & | HWIN | ($1.49) |
| Rubin Campbell JR | HWIN | ($13.50) |
| Ruth Ann Bausk | HWIN | ($40.50) |
| Ryan Griffis | HWIN | ($13.50) |
| RYAN J CONOVER | HWIN | ($6.96) |
| RYAN MELNICK ROTH IRA TD | HWIN | ($5.97) |
| RYAN RUIZ | HWIN | ($1.50) |
| RYON CHO | HWIN | ($14.70) |
| SAMANTHA JORDAN SHUPE | HWIN | ($1.09) |
| SAMUEL GALLOWAY | HWIN | ($16.73) |
| Samuel Harry Wyner | HWIN | ($11.50) |
| SAMUEL RICHMOND BOWER | HWIN | ($297.49) |
| SANCHEZ JUANA | EWST | ($3.40) |
| SCHIESSLING | EWST | ($0.50) |
| Scott Giannone | HWIN | ($135.00) |
| Scott J Kelley | EWST | ($1,993.75) |
| Sean G Thomas | HWIN | ($81.00) |
| SEAN MILLER | HWIN | ($14.00) |
| SERGIO ANDRES DALMAU | HWIN | ($0.80) |
| Sevag K Khatchadourian | HWIN | ($120.00) |
| Shahab Andre Abtahi | EWST | ($50.00) |
| SHANANDORE LEE SCOTT-SILVER & | HWIN | ($11.00) |
| SHANT KARAJELIAN | HWIN | ($490.40) |
| Sharon Ann Aycock | EWST | ($22.85) |
| Shaundra D Davis | HWIN | ($68.00) |
| Shea Hollenbeck | HWIN | ($93.45) |
| Sherry A Redden | HWIN | ($25.98) |
| Sivasankaran Munuswamy Roth | EWST | ($82.60) |
| Skye B Owens | HWIN | ($13.00) |
| Soham Jeffrey Saha | HWIN | ($336.25) |
| SPENCER COATES | HWIN | ($7.63) |
| Stephen Blake Cottrell | HWIN | ($25.98) |
| STEPHEN D HENNESSY | HWIN | ($150.00) |
| Stephen Joseph Doughten | HWIN | ($23.60) |
| STEPHEN PAUL MILO | HWIN | ($4,218.49) |
| Stephen R George | HWIN | ($54.00) |
| STEPHEN WESLEY PRUETT | HWIN | ($21.50) |
| Stephen William Kerns TTEE FBO Susanna M Lovering | HWIN | ($1,279.00) |
| Steven Boland | HWIN | ($70.26) |
| STEVEN BOWMAN | HWIN | ($3.57) |
| STEVEN J SMITH | HWIN | ($356.10) |
| STEVEN M GILNER | HWIN | ($17.50) |
| STEVEN WILLIAM ZANNI AS CUST | HWIN | ($13.00) |
| SURINDER K SAINI & | HWIN | ($2.75) |
| T BERNARD & J BERNARD TTEE | HWIN | ($94.00) |
| T. ROWE PRICE TRUST TTEE | HWIN | ($118.13) |
| Tal Shlomo Halpern | EWST | ($29.50) |
| Taliesin Carter | HWIN | ($13.00) |
| TAMARA N RODENBERG | EWST | ($53.95) |
| Tamas Badics | HWIN | ($1,280.00) |
| TAMIKA R WILLIAMS | HWIN | ($19.80) |
| TERRY GOETZE | HWIN | ($4.80) |
| THOMAS H ENGLAND & | HWIN | ($14.60) |
| Thomas J Doherty | HWIN | ($13.30) |
| THOMAS MOONLIGHT | HWIN | ($10.44) |
| THOMAS SAMUELSON | HWIN | ($22.20) |

United States v. James Patten, et al.
Crim. No. 22-643 (CPO)
Retail Investor Losses

| Name | Symbol | Loss |
|---|---|---|
| THOMAS SCHIESSLING | HWIN | ($97.00) |
| Thuan Nhi Phung | HWIN | ($1,349.46) |
| TIM TYRONE HOLLEMAN | HWIN | ($15.00) |
| TIMOTHY AULDRIDGE | HWIN | ($43.50) |
| Timothy Matthew Eichholz | HWIN | ($67.50) |
| Tnathanael | EWST | ($47.20) |
| TOM BERNING | HWIN | ($7.09) |
| TOMMY SALEH | HWIN | ($453.10) |
| Trading 212 UK Limited | HWIN | ($11.76) |
| Trevan Rose | HWIN | ($135.00) |
| TRISTEN CLARK | HWIN | ($11.24) |
| TY SAMUEL BRICKER | HWIN | ($5.55) |
| Tyler J Schmitz | HWIN | ($12.00) |
| TYLER J SHADE | HWIN | ($48.80) |
| TYLER KEENE | HWIN | ($225.16) |
| Tyler Richard Catalano | HWIN | ($67.50) |
| Underwood | EWST | ($51.00) |
| UTICA FERGUSON | EWST | ($0.25) |
| VALERIE HERENCHAK | HWIN | ($1,400.00) |
| VASANT DEO & | HWIN | ($89.00) |
| VFTC TR | HWIN | ($53.30) |
| Violet Rebecca Gathers | HWIN | ($120.60) |
| VIRGINIA TAHBOUB | HWIN | ($2.76) |
| VLADIMIR RADOSTOVETS | HWIN | ($108.00) |
| VLADIMIR SHAPOCHNIKOV | HWIN | ($15.00) |
| Walter Power | HWIN | ($3,750.00) |
| Wayne Elliot Paulter | HWIN | ($64.25) |
| WAYNE WILKERSON JR | HWIN | ($9.39) |
| WENNERBERG-MOSS TRUST | HWIN | ($12.90) |
| WILLIAM B BATES | EWST | ($3.00) |
| WILLIAM C RUSH | HWIN | ($0.71) |
| WILLIAM DEWEY & | HWIN | ($45.00) |
| William F Ryan JR | HWIN | ($2,634.00) |
| William J Wells | HWIN | ($135.00) |
| WILLIAM NOSTRO | HWIN | ($4.82) |
| WILLIAM SIKORSKI | HWIN | ($5.00) |
| XAVIER A WELLS | HWIN | ($2.28) |
| Xing Weng | HWIN | ($239.80) |
| Yan Davidovich | HWIN | ($43.50) |
| Z & I SOBEL CO TTEE ZACHARY & | HWIN | ($710.03) |
| Zachary Jeblonski | HWIN | ($297.00) |
| Zachary Schultz | EWST | ($90.50) |
| Zachary Tyler Jenkins | HWIN | ($11.90) |
| ZACHARY W WIRTH | HWIN | ($1.75) |
| **Total** | | **($178,849.59)** |