| | | |
|---|---|---|
| **WHIPPLE AZZARELLO, LLC**<br>Attorneys at Law<br><br>177 Madison Avenue, 2nd Floor<br>Morristown, New Jersey 07960<br>Tel: (973) 267-7300<br>Fax: (973) 267-0031<br>whippleazzarellolaw.com | **JOHN C. WHIPPLE**<br>Certified by the Supreme Court of<br>New Jersey as a Criminal Trial Attorney<br><br>**JOHN A. AZZARELLO**<br>Admitted in New Jersey and New York | **ADAM M. ELEWA**<br>Admitted in New Jersey<br>and New York<br><br>**ANTHONY M. GRUPPUSO**<br>Of Counsel<br>Admitted in New Jersey and New York |

November 20, 2025

**VIA ECF**

Hon. Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

    Re:    **United States v. Peter Coker, Jr.**
             **Docket No. 22-CR-643 (CPO)**

Dear Judge O'Hearn:

    I have received the text Orders entered on the docket by the Court on November 18 and 19, 2025. I write in response to the Orders and the requirement to appear for a hearing on November 24, 2025, on the Court's Order to show cause why Peter Coker, Jr., has failed to comply with the Court's restitution Order entered on August 11, 2025.

    First, undersigned counsel is unable to appear on November 24, 2025, due to pre-planned travel to Denmark with my family to spend Thanksgiving with my son who is studying abroad in Copenhagen. Counsel is departing the United States on November 24, 2025, and will return on November 30, 2025, and can appear, if required, after that date.

    Second, undersigned counsel was retained in the instant matter by lead counsel from New York, McGovern Weems LLC, which has a retainer agreement with Mr. Coker, Jr. Specifically, my firm was retained by McGovern Weems LLC with Mr. Coker's authorization to represent Mr. Coker, Jr., from his initial appearance in New Jersey through sentencing. My firm has no agreement with either McGovern Weems LLC or Mr. Coker, Jr. to represent Mr. Coker, Jr., for any post-sentencing proceedings, hearings, appeals, or any other post-conviction legal proceedings.

    Third, neither I nor anyone from my firm has had any contact whatsoever with Mr. Coker Jr., since his sentencing on May 13, 2025, more than six months ago. On October 16, 2025, co-counsel at McGovern Weems LLC informed us in an email that they had received an email confirmation from a U.S. Immigration and Customers Enforcement Deportation Officer that Mr. Coker, Jr. was deported on October 16, 2025, from the United States to Saint Kitts and Nevis following the completion of his sentence and his release from prison. We do not know Mr. Coker Jr.'s current whereabouts. Moreover, we have no current contact information for Mr. Coker, Jr.

Mr. Coker Jr. also has an outstanding invoice for legal services rendered which remains unpaid to date.

To summarize, my firm's legal representation of Mr. Coker, Jr., has concluded, and we have no current attorney-client relationship. In addition, we have had no communication with Mr. Coker, Jr., for more than six months. Since we have no current attorney-client relationship with Mr. Coker, Jr., we are unable to represent Mr. Coker, Jr.'s legal interests or speak authoritatively on his behalf.

If Ordered by the Court to appear on the Order to show cause, undersigned counsel will, of course, appear. However, I respectfully submit that my firm cannot represent the interests of Mr. Coker, Jr., as my firm is no longer authorized or legally bound to represent him.

Respectfully submitted,

**WHIPPLE AZZARELLO, LLC**

By: __/s/ John A. Azzarello__
      John A. Azzarello

cc: AUSA Lauren Repole, (by ECF).
AUSA Aaron Webman, (by ECF).