# McGOVERN | WEEMS

November 20, 2025

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Federal Building and
    United States Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    *United States v. Peter Coker, Jr.*
            **Docket No. 22-cr-00643 (CPO)**

Dear Judge O'Hearn,

    I have received the text Orders entered on the docket by the Court on November 18 and 19, 2025. I write in response to the Orders and the requirement that Mr. Coker, Jr. appear for a hearing on November 24, 2025, on the Court's Order to show cause why he has failed to comply with the Court's restitution Order, entered on August 11, 2025.

    The undersigned counsel was retained to represent Mr. Coker, Jr. through his sentencing and is no longer representing him for any purpose. As such, we have no ongoing attorney-client relationship with Mr. Coker, Jr. and have not been in communication with him since he was deported upon his release from prison. In light of these circumstances, we are unable to represent Mr. Coker, Jr.'s legal interests or speak authoritatively on his behalf.

    Please note that the undersigned counsel is based in New York and is not admitted to practice in New Jersey. We retained Whipple Azzarello LLC as local counsel to assist in the representation of Mr. Coker, Jr. through sentencing. We understand that Whipple Azzarello LLC no longer has an attorney client relationship with Mr. Coker, Jr.

    Sincerely,

    William F. McGovern
    McGovern Weems, PLLC
    3 Columbus Cir., 15th Floor
    New York City, New York 10019
    bill@mcgovernweems.com