| | | |
|---|---|---|
| **WHIPPLE AZZARELLO, LLC**<br>Attorneys at Law<br><br>177 Madison Avenue, 2nd Floor<br>Morristown, New Jersey 07960<br>Tel: (973) 267-7300<br>Fax: (973) 267-0031<br>whippleazzarellolaw.com | **JOHN C. WHIPPLE**<br>Certified by the Supreme Court of<br>New Jersey as a Criminal Trial Attorney<br><br>**JOHN A. AZZARELLO**<br>Admitted in New Jersey and New York | **ADAM M. ELEWA**<br>Admitted in New Jersey<br>and New York<br><br>**ANTHONY M. GRUPPUSO**<br>Of Counsel<br>Admitted in New Jersey and New York |

December 16, 2025

**VIA ECF**

Hon. Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

      Re:    <u>**United States v. Peter Coker, Jr.**</u>
                **Docket No. 22-CR-643 (CPO)**

Dear Judge O'Hearn:

      Our Office is in receipt of the Court's Order dated December 15, 2025.

      Undersigned counsel's representation of Mr. Coker, Jr. ended upon the completion of the May 13, 2025 sentencing hearing. Our office has no agreement with Mr. Coker, Jr. to represent him after sentencing, including in any post-conviction or post-sentencing proceedings, hearings, appeals, or any other legal proceeding. Mr. Coker, Jr., has had no contact with anyone from our office since sentencing. We therefore have no authority to represent Mr. Coker, Jr. in any further proceeding and his case file has been closed. *See* New Jersey Rules of Professional Conduct RPC 1.2(a) and (c) (scope of authority limited by client's consent and consultation with client).

      If Your Honor believes a formal motion to withdraw as Mr. Coker, Jr.'s counsel is necessary we will file one immediately.

                                       Respectfully submitted,

                                       **WHIPPLE AZZARELLO, LLC**

                              By:   /s/ John A. Azzarello
                                        John A. Azzarello

Cc: Lauren Repole, AUSA (by ECF)
     Aaron Webman AUSA (by ECF)