TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL
PHILIP LAMPARELLO
SENIOR COUNSEL
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
email: JORDAN.ANGER@usdoj.gov
(FLU:KCP)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br>v.<br><br>PETER COKER, JR.,<br><br>          *Defendant,*<br>and<br><br>HSBC BANK USA, N.A.<br>and its successors or assigns,<br><br>          *Garnishee.* | HON. CHRISTINE P. O'HEARN<br><br>CR NO. 22-643-03<br><br>WRIT OF GARNISHMENT |

GREETINGS TO: HSBC Bank USA, N.A.
       Attn: Legal Department
       66 Hudson Boulevard
       New York, NY 10001

   An Order Granting Application of the United States for a Writ of Garnishment against the property of Peter Coker, Jr., defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $5,811,408.31, plus interest and penalties, computed through December 18, 2025.

   You are required to begin withholding in accordance with this garnishment from the

date you were served with these papers.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property in which Peter Coker, Jr. has a substantial non-exempt interest. You must state the amounts you anticipate owing Peter Coker, Jr..

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: Mitchell H. Cohen Building and U.S. Courthouse, 4th & Cooper Street, Camden, NJ 08101. Additionally, you are required by law to serve a copy of this writ upon the debtor and upon the United States Attorney, Financial Litigation Unit, 970 Broad Street, 7th Floor, Newark, NJ 07102.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached to this writ.

MELISSA E. RHOADS
U.S. DISTRICT COURT CLERK

Dated: 12-22-2025    By: _____
DEPUTY CLERK